IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| RAHEEMAH BEYAH : | |
| : | Case No.   24-10575-PMM |
| Debtor. : | |
| : | |

**MOTION TO RESTRICT ACCESS AND AUTHORIZE FILING OF REPLACEMENT
PROOF OF CLAIM PURSUANT TO 11 U.S.C. §9037(h)**

PECO Energy Company ("PECO"), by and through its undersigned attorney, hereby moves pursuant to 11 U.S.C. §9037(h) to restrict access to proof of claim no. 9, which was filed in above-captioned case on behalf of PECO on 5/9/24, for the following reasons:

1. Proof of claim no. 9 contains an unredacted account number.

2. Movant is prepared to file a replacement claim with all confidential information redacted.

WHEREFORE, PECO Energy Company respectfully requests that the Court enter the attached proposed order restricting access to the proof of claim and authorizing the filing of a replacement proof of claim.

                                    Respectfully submitted,
                                    PECO Energy Company

Date:  July 15, 2024                */s/ Lynn R. Zack*
                                    LYNN R. ZACK
                                    2301 Market Street, S23-1
                                    Philadelphia, PA  19103
                                    (215) 841-6816
                                    Attorney for PECO Energy Company